**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---------------------------------------------------------------------

In Re:

Carlos Santoyo, Sr.,
Helen I. Santoyo,

      Debtor(s).

---------------------------------------------------------------------

**Case Number: 25-00728**
**Chapter: 13**

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF

Notice is hereby given that Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation ("Movant"), is withdrawing its **Motion for Relief from Automatic Stay** (the "Motion"), filed on August 15, 2025 as ECF Doc#36.

Dated: September 29, 2025

BONIAL & ASSOCIATES, P.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Nissan Motor Acceptance
Company LLC fka Nissan Motor
Acceptance Corporation

3380-N-3736

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest via the Court's CM/ECF electronic notification system, or pre-paid regular U.S. Mail if indicated below on before the 29th day of September 2025:

**Debtor**　　　*Via U.S. Mail*
Carlos Santoyo, Sr.
5105 S. Newcastle Ave.
Chicago, IL 60638

**Debtor**　　　*Via U.S. Mail*
Helen I. Santoyo
5105 S. Newcastle Ave.
Chicago IL 60638

**Debtor's Attorney**
David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL  60076

**Chapter 13 Trustee**
Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, Illinois 60604

**US Trustee**
Office of the U.S.Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois 60604

Respectfully Submitted,

/s/ Wesley T. Kozeny
Wesley T. Kozeny

3380-N-3736